Decided February 28, 2001

## KELLY RENZ *v.* ALLSTATE INSURANCE COMPANY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 336 (AC 20367), is denied.

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Matthew Dallas Gordon*, in support of the petition.

*Katherine Meshako*, in opposition.

Decided February 28, 2001